837589

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
NOV 10 2004
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

LUIS LORIANO
57 BIRKSHIRE STREET
PROVIDENCE, RI
D.O.B. - 12/28/70

**WARRANT FOR ARREST**

CASE NUMBER: CR04-108S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LUIS LORIANO
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FELON IN POSSESSION OF A FIREARM

in violation of Title 18 United States Code, Section(s) 922(g)(1)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Signature of Issuing Officer

November 10, 2004 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on Writ | | |
| DATE RECEIVED 11/10/2004 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyatt SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11/18/2004 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.