IN The United states District Court
For The District of Rhode Island

Luis Loriano

vs

United states of America

C.A. NO. 07-367S

C.A. NO. 04-108S

MOTION FOR EXTENSION OF TIME IN WHICH TO REBUTT THE GOVERNMENTS RESPONSE TO PETITIONERS 28 U.S.C. 2255 MOTION

① On 10-22-07 The Government submitted A Response to petitioners 28 U.S.C. 2255 motion.

② Prior to the receipt of the governments Response petitioner never received any orders specifying the time limitations for the government to respond or for petitioner to rebutt the governments response.

③ Petitioner is not trained in the law and has been receiving help from other prisoners who are somewhat more familiar with the law.

④ Due to the foregoing reasons petitioner is asking this court to extend the time for filing his rebuttal up until November 21st 2007. Making a total of 30 days from the filing of the governments response.

⑤ The government will not be prejudiced in any way by the granting of said extension.

Luis Loriano 05461-070
F.C.I Schuylkill
P.O. Box 759
Minersville PA 17954-0759

[signature]
SIGNATURE

11-6-07
DATE

Certificate of service

I Luis Loriano hereby certify that I mailed one true and correct copy of the foregoing motion for extension of time to the U.S. Attorney at the following address.

Stephen G. Dambruch A.U.S.A.
U.S. Attorneys office
50 Kennedy Plaza, 8th fl.
Providence R.I. 02903

Luis Loriano 05461-070
F.C.I. Schuylkill
P.O. Box 759
Minersville PA 17954-0759

Luis Loriano
11-6-07